Ordered that the motion is granted; and it is further,

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (*see Ameritel Mgt., Inc. v Tanvir*, 128 AD3d 627 [2015] [decided herewith]). Mastro, J.P., Leventhal, Maltese and Duffy, JJ., concur.

■ AMERITEL MANAGEMENT, INC., Respondent, v SHAHID TANVIR, Appellant. [6 NYS3d 492]—In an action to recover on a personal guaranty, the defendant appeals, as limited by his

brief, from so much of an order of the Supreme Court, Kings County (Schmidt, J.), dated May 23, 2013, as denied that branch of his motion which was for summary judgment dismissing so much of the verified complaint as sought to recover liquidated damages.

Motion by the respondent, inter alia, to dismiss the appeal on the ground that the right of direct appeal from the order terminated upon entry of a judgment of the same court dated December 12, 2013. By decision and order on motion of this Court dated March 11, 2014, the motion was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the argument of the appeal, it is

Ordered that the motion is granted; and it is further,

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (*see Ameritel Mgt., Inc. v Tanvir*, 128 AD3d 627 [2015] [decided herewith]). Mastro, J.P., Leventhal, Maltese and Duffy, JJ., concur.